UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRATIK RAKESHKUMAR
PRAJAPATI,

        Petitioner,

    v.

WARDEN, GLADES COUNTY
DETENTION CENTER,  US
ATTORNEY GENERAL,

        Respondents,

Case No. 2:26-cv-1906-KCD-KRH

## ORDER

Petitioner Pratik Rakeshkumar Prajapati is a citizen of India who overstayed a student visa. He has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.)

This is Prajapati's second petition. The prior case was dismissed because it raised non-cognizable claims and his detention was not unnecessarily prolonged. *See Prajapati v Warden*, 2:26-cv-929-KCD-NPM. As best the Court can tell, Prajapati is pressing the same rejected arguments just with more facts. But nothing has changed, so the same result applies.

Because Prajapati has not shown his detention is unlawful, his petition (Doc. 1) must be **DENIED WITHOUT PREJUDICE**. The Clerk is

**DIRECTED** to enter judgment accordingly, terminate any pending motions,

and close the case.

**ORDERED** in Fort Myers, Florida on July 2, 2026.

Kyle C. Dudek
United States District Judge